UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:25-cv-00578-WBS-CSK
No. 2:25-cv-00580-WBS-CSK
No. 2:25-cv-00581-WBS-CSK
No. 2:25-cv-00585-WBS-CSK
No. 2:25-cv-00595-WBS-CSK
No. 2:25-cv-00596-WBS-CSK
No. 2:25-cv-00597-WBS-CSK
No. 2:25-cv-00599-WBS-CSK
No. 2:25-cv-00602-WBS-CSK
No. 2:25-cv-00603-WBS-CSK

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
2  Alameda County. (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
3  13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
4  the Court to open a new case for each attempted new pleading and assign it to the Court for
5  review. (Id. at ECF No. 26.) If the Court determines the new filing is related to Plaintiff's
6  Alameda County criminal conviction, the case will be ordered dismissed and closed. (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00578, 2:25-cv-00580, 2:25-cv-00581, 2:25-cv-00585, 2:25-cv-00595, 2:25-cv-00596, 2:25-cv-00597, 2:25-cv-00599, 2:25-cv-00602 and 2:25-cv-00603 are DISMISSED; the Clerk of the Court is directed to close these cases. No further filings will be accepted.

Dated: March 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2